DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Lewis<br><br>Case below:<br>176 N.C. App. 191 | No. 558PA04 | 1. AG's Motion for Temporary Stay (COA03-785-2) | 1. Allowed 03/10/06<br>**360 N.C. 489**<br>Stay Dissolved 08/23/07 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Dismissed as Moot 08/23/07 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. Dismissed as Moot 08/23/07 |
| | | 4. Def's Motion to Dismiss the State's PDR as Improvidently Granted and as Moot | 4. Dismissed as Moot 08/23/07 |
| State v. Leyva<br><br>Case below:<br>181 N.C. App. 491 | No. 131P07 | 1. Def's NOA Based Upon a Constitutional Question (COA06-354) | 1. —— |
| | | 2. AG's Motion to Dismiss Appeal | 2. Allowed 08/23/07 |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied 08/23/07 |
| State v. Lowe<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2007) | No. 258P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-927) | Denied 08/23/07 |
| State v. Maness<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2007) | No. 266P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-940) | Denied 08/23/07 |
| State v. McLaughlin<br><br>Case below:<br>180 N.C. App. 474 | No. 648P06 | 1. Def's PDR Under N.C.G.S. 7A-31 (COA06-212) | 1. Denied 08/23/07 |
| | | 2. Def's NOA Based Upon a Constitutional Question | 2. Dismissed *ex mero motu* 08/23/07 |
| State v. Moore<br><br>Case below:<br>183 N.C. App. ——<br>(5 June 2007) | No. 332P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-937) | Denied 08/23/07 |
| State v. Morrison<br><br>Case below:<br>168 N.C. App. 730 | No. 289P06-2 | Def's PWC to Review Decision of COA (COA04-798) | Denied 08/23/07 |
| State v. Moss<br><br>Case below:<br>178 N.C. App. 235 | No. 617P06 | Def's Motion for "Petition for Discretionary Review" (COA05-1309) | Denied 08/23/07 |